IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

RACINE CAR DEALER, LLC,

     Plaintiff,                               ORDER

     v.                                  22-cv-322-wmc

HYUNDAI MOTOR AMERICA,

     Defendant.
_____

Before the court is defendant's motion for rulings on plaintiff's objections to the deposition designations for Aaron Zeigler. After reviewing the defendant's designations, plaintiff's objections and counter-designations, and defendant's objections, the court issues the following rulings:

| Defendant's Initial Designations | Plaintiff's Objection | Plaintiff's Counter-Designations | Defendant's Objections to Counter-Designations | Rulings |
|---|---|---|---|---|
| 7:1-13 | Relevance | None | | Sustain |
| 7:24-8:12 | Relevance | None | | Sustain |
| 8:23-25 | Relevance | None | | Overrule, except delete first three words -- "Okay," "Great," and "And" |
| 9:12-12:4 | No objection to 9:12-10:17. Objection to all the rest of the designation for Relevance. | 9:12-10:17 | | Overrule |

| Defendant's Initial Designations | Plaintiff's Objection | Plaintiff's Counter-Designations | Defendant's Objections to Counter-Designations | Rulings |
|---|---|---|---|---|
| 12:14-13:20 | Relevance | 12:5-17 | | Overrule, except Sustain as to 13:10-20 |
| 18:7-22:22 | Object to 18:7-19:10 for Relevance. | None | | Overrule |
| 23:5-24:12 | Object to 23:18-24:12 for Relevance | None | | Overrule, except delete lines 20:12, 22:14, 22:16, and 24:11 |
| 24:20-26:18 | None | None | | Delete line 24:25 |
| 28:16-36:14 | Object to 33:10-34:14 – a document used to refresh recollection should not be read into the record. Object to 34:15-35:8 for relevance. Object to 36:12-14 for relevance. | None | | Sustain as to 33:14 – 34:10 and otherwise Overrule. Also, Dep. Ex. 6 should *NOT* be displayed to jury. |
| 37:1-9 | None | Should include 37:18-20 | Objection – not testimony | Overrule, since correcting error in earlier question. |
| 38:2-17 | Relevance. GMA no longer a party in the lawsuit. | None | | Overrule |
| 38:20-42:1 | Object to 41:23-42:1. This is directly contradicted by 69:11-71:19 where Zeigler admits Dan Scheid negotiated with Jim Bozich | 69:11-70 if admitted. | | Sustain as to first phase of trial; both defendant's designations and plaintiff's counter-designations may be offered |

| Defendant's Initial Designations | Plaintiff's Objection | Plaintiff's Counter-Designations | Defendant's Objections to Counter-Designations | Rulings |
|---|---|---|---|---|
| | | | | in second phase of trial. |
| | | 43:21-46:21 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 47:15-18 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 48:17-49:9 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 52:8-54:7 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 55:22-56:13 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 56:24-57:24 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 58:19-59:6 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |

| Defendant's Initial Designations | Plaintiff's Objection | Plaintiff's Counter-Designations | Defendant's Objections to Counter-Designations | Rulings |
|---|---|---|---|---|
| | | 60:9-22 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 61:2-62:2 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule, except delete lines 61:11-12 |
| | | 63:14-19 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 63:22-64:4 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 65:4-20 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule, except delete lines 65:18-19 |
| | | 66:8-67:7 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 67:20-68:10 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 68:22-70:7 | Objection – not proper counter-designation | Overrule |

| Defendant's Initial Designations | Plaintiff's Objection | Plaintiff's Counter-Designations | Defendant's Objections to Counter-Designations | Rulings |
|---|---|---|---|---|
| | | | because not responsive to any initially designated testimony | |
| | | 70:25-71:22 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 72:8-15 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 73:8-74:6 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |
| | | 75:9-76:6 | Objection – not proper counter-designation because not responsive to any initially designated testimony | Overrule |

Entered this 12th day of January, 2024.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge